LAW OFFICES OF
# G. MARTIN MEYERS, P.C.
A PROFESSIONAL CORPORATION

35 W. MAIN STREET, SUITE 106
DENVILLE, NJ  07834
e-mail: gmm@gmeyerslaw.com

| | |
|---|---|
| TELEPHONE:  (973) 625-0838 | TELECOPIER:  (973) 625-5350 |
| --------------- | --------------- |
| G. MARTIN MEYERS, Esq. * | |
|  * Certified by the New Jersey Supreme Court | JUSTIN A. MEYERS, Esq. † |
|    as a Civil Trial Attorney | SUSAN S. SINGER, Esq. † |
|  --------------- | † Of Counsel |

July 2, 2019

**VIA ELECTRONIC FILING:**
Honorable Anne E. Thompson, U.S.D.J.
Clarkson S. Fisher Fed'l Bldg. & Courthouse
402 E. State Street
Trenton, N.J. 08608

    Re:  Fabricant v. Six Flags, Et al.
        Civil Action No.: 17-5607

Dear Judge Thompson:

    I am writing to advise the Court that, at the time Plaintiffs filed their opposition to the pending Motion to Dismiss of Defendant Six Flags Great Adventure, LLC, we inadvertently failed to advise the Court that Plaintiffs were requesting oral argument on that Motion.

    Thank you for your cooperation in accepting that request *nunc pro tunc*.

                                      Respectfully submitted,

                                      G. MARTIN MEYERS

GMM/jv
cc:  All counsel via electronic filing.