LAW OFFICES OF
# G. MARTIN MEYERS, P.C.
A PROFESSIONAL CORPORATION

35 W. MAIN STREET, SUITE 106
DENVILLE, NJ  07834
e-mail: gmm@gmeyerslaw.com

| | |
|---|---|
| TELEPHONE:  (973) 625-0838 | TELECOPIER:  (973) 625-5350 |
| --------------- | -------------- |
| G. MARTIN MEYERS, Esq. * | |
| * Certified by the New Jersey Supreme Court | JUSTIN A. MEYERS, Esq. † |
| as a Civil Trial Attorney | SUSAN S. SINGER, Esq. † |
| --------------- | † Of Counsel |

July 3, 2019

**VIA ELECTRONIC FILING:**
Honorable Freda Wolfson, U.S.D.J.
Clarkson S. Fisher Fed'l Bldg. & Courthouse
402 E. State Street
Trenton, N.J. 08608

  **Re:  Tafaro v. Six Flags, et al.**
    **Civil Action No.: 17-5607**

Dear Judge Wolfson:

  I am writing to withdraw the letter my office inadvertently filed in this matter, to which we have not made an appearance.  The letter was intended for an entirely different proceeding involving similar parties, viz., *Fabricant v. Six Flags, et al.*, 3:19-cv-12900.

  Thank you for your understanding and enjoy the holiday.

        Respectfully submitted,

        G. MARTIN MEYERS

GMM/jm
cc:  All counsel via electronic filing.