8007-04/dlr

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARON TAFARO, individually and as Guardian Ad Litem for Minor G.T., <br><br> Plaintiffs, <br><br> vs. <br><br> SIX FLAGS GREAT ADVENTURE, LLC, INTAMIN, ROCKY MOUNTAIN CONSTRUCTION, JOHN DOES 1-100, (said names being fictitious), INTERIDE, LLC, INTAMIN, LTD., <br><br> Defendants. | CIVIL ACTION <br><br> NO. 3:17-CV-05607-FLW-LHG <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE OF THE CROSSCLAIMS OF THE DEFENDANT, ROCKY MOUNTAIN AMUSEMENTS, INC. (INCORRECTLY PLED AS ROCKY MOUNTAIN CONSTRUCTION) AGAINST THE DEFENDANT, SIX FLAGS GREAT ADVENTURE, LLC** |

**THE DIRECT CLAIMS** made by the plaintiff, Sharon Tafaro, individually and as Guardian Ad Litem for Minor G.T., against defendant, Rocky Mountain Amusements, Inc. (incorrectly pled as Rocky Mountain Construction), having been dismissed by way of Letter Order of the Honorable Freda L. Wolfson, U.S.D.J. dated March 26, 2019 (Document 48);

**IT IS ON THIS** 19th day of November, 2019, **STIPULATED AND AGREED** that that all cross-claims by defendant, Rocky Mountain Amusements, Inc. (incorrectly pled as Rocky Mountain Construction)

against defendant, Six Flags Great Adventure, LLC, in this matter shall be, and are hereby, dismissed without costs against any party and with prejudice.

| | |
|---|---|
| **TURNER, O'MARA,**<br>**DONNELLY & PETRYCKI, P.C.**<br>Counsel for Defendant,<br>Rocky Mountain Amusements, Inc. | **SPECTOR GADON**<br>**ROSEN VINCI, P.C.**<br>Counsel for Defendant,<br>Six Flags Great Adventure, LLC |
| BY: _/s/ Robert J. Gillispie_<br>ROBERT J. GILLISPIE, JR. | BY: _/s/ Heather Eichenbaum_<br>HEATHER EICHENBAUM |